2012 COA 211

**The PEOPLE of the State of Colorado, Petitioner–Appellee,**

**In the Interest of M.S., a Child, and Concerning S.S. and L.H., Respondents–Appellants,**

**and**

**F.S. and A.S., Intervenors.**

No. 12CA1015.

Colorado Court of Appeals, Div. VII.

Nov. 21, 2012.

Robert W. Kern, Jr., County Attorney, Pagosa Springs, Colorado, for Petitioner–Appellee.

Lisa Toy, Guardian Ad Litem.

Law Office of Jerry F. Venn, Jerry F. Venn, Pagosa Springs, Colorado for Respondent–Appellant S.S.

Larry W. Holthus, Pagosa Springs, Colorado, for Respondent–Appellant L.H.

Opinion by Judge FURMAN.

¶ 1 S.S. and L.H. appeal from an order adjudicating their child, M.S., dependent and neglected and from an order which did not terminate their parental rights, but only found that no appropriate treatment plan could be devised for them. We dismiss the appeal for lack of a final order.

¶ 2 "An order decreeing a child to be neglected or dependent shall be a final and appealable order *after* the entry of the disposition pursuant to section 19–3–508." § 19–1–109(2)(c), C.R.S.2012 (emphasis added); *see also* C.A.R. 3.4(a).

¶ 3 When the *proposed* disposition is termination of the parent-child legal relationship, the termination hearing serves as the dispositional hearing. § 19–3–508(1), C.R.S.2012; *see* § 19–3–508(3) (court may enter a dispositional decree terminating parental rights).

¶ 4 Because the termination hearing has not been held, the disposition has not entered, and the matter is not ripe for review.

¶ 5 Accordingly, the appeal is dismissed without prejudice.

Judge HAWTHORNE and Judge ROMÁN concur.